# United States District Court
### Western District of Wisconsin
### Robert W. Kastenmeier Courthouse
### 120 N. Henry Street, Rm. 540
### Post Office Box 591
### Madison, Wisconsin 53701

Chambers of
Barbara B. Crabb
District Judge

Telephone
608/264-5447

August 16, 2010

Honorable Bobby R. Baldock
Chair, Judicial Conference
Committee on Financial Disclosure
One Columbus Circle N.E.
Washington, D.C. 20544

Re: Calendar Year 2009 Filing

Dear Judge Baldock:

In response to your July 30, 2010 letter, I have researched each of the problems you identified. I believe that I have the information necessary to answer your questions.

In part VII, line 4, line 6, I listed "I shares Iboxx Investop" without information about the 2009 purchase. I should have shown "Buy 5/6/09" and "J" for value.

Apparent discrepancies between 2008 and 2009 report:

In part VII, page 4, line 5, of the 2008 report, I showed Smith Barney Cash Funds (Citibank). This is the same fund I reported in the 2009 report under its new name: "Citibank NA South Dakota Bank Deposit Program."

In part VII, page 4, line 8, of the 2008 report, I listed "I shares MSCI; EAFE" with no value as on the end of the year. The four partial sales shown disposed of the entirety of the asset. Is there some other way I should have indicated that the asset had been sold in full?

In part VII, page 5, line 27, of the 2008 report, I showed "Ishares Trust Lehman." Its new name is "I shares Barclays US Agg Bond," which was reported in my 2009 return at part VII, page 4, line 5.

In part VII, page 7, line 56, I showed Western Assets Money Market. These funds were redeemed in 2008. The value was "J."

I apologize for these oversights and for the inconvenience it has caused the committee.

With very best regards,

Barbara B. Crabb
District Judge

BBC:skv

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Crabb, Barbara B. | U.S. Dist. Court, W.D. Wis. | 05/6/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 591<br>Madison, WI 53701 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 11 A 11: 39 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Wisconsin Department of Employee Trust Funds |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Sheryl Facktor/Phillip Mervis | 11/08 | Chicago, IL. | Mtg BOD Charitable found | Lodging and meals |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 05/13/2009 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Vanguard Munic. Fund | A | Dividend | K | T | | | | | |
| 2. Medtronics com stk | A | Dividend | J | T | | | | | |
| 3. Cisco com stk | | None | J | T | | | | | |
| 4. GE Capital | B | Interest | L | T | | | | | |
| 5. Smith Barney Cash funds (Citibank) | A | Interest | K | T | | | | | |
| 6. Puerto Rico bond | A | Interest | K | T | | | | | |
| 7. Equitable Life Assur. Annuity | | None | K | T | | | | | |
| 8. i shares TR MSCI: EAFE | C | Int./Div. | | | sold part | 4/16 | J | B | |
| 9. | | | | | sold part | 5/27 | K | E | |
| 10. | | | | | sold part | 10/21 | K | D | |
| 11. | | | | | sold part | 11/3 | M | E | |
| 12. i shares Trust Russell 1000 Growth | C | Dividend | K | T | sold part | 2/1 | K | A | |
| 13. | | | | | sold part | 4/16 | J | B | |
| 14. | | | | | sold part | 10/21 | K | | |
| 15. | | | | | sold part | 11/17 | J | A | |
| 16. | | | | | sold part | 12/15 | J | A | |
| 17. | | | | | Buy (add'l) | 11/3 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | H =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18.   i shares Trust Russell 1000 Index | C | Dividend | | | Sold | 10/21 | M | D | |
| 19.   i shares Russell 2000 Value | B | Dividend | K | T | sold part | 10/21 | L | E | |
| 20. | | | | | sold part | 11/3 | J | A | |
| 21. | | | | | sold part | 12/15 | J | | |
| 22. | | | | | bought add'l | 5/12 | J | | |
| 23. | | | | | Buy (add'l) | 11/3 | J | | |
| 24.   i shares Russell 2000/Growth | A | Dividend | L | T | sold part | 2/1 | J | A | |
| 25. | | | | | sold part | 12/15 | J | | |
| 26. | | | | | Buy (add'l) | 11/3 | K | | |
| 27.   i shares Trust Lehman | A | Dividend | | | sold part | 2/1 | J | A | |
| 28. | | | | | sold part | 4/16 | J | A | |
| 29.   i shares MSCI Emerging | C | Dividend | M | T | sold part | 11/13 | J | A | |
| 30. | | | | | sold part | 12/15 | J | A | |
| 31. | | | | | Buy (add'l) | 2/1 | J | | |
| 32. | | | | | Buy (add'l) | 4/16 | J | | |
| 33. | | | | | Buy (add'l) | 5/12 | J | | |
| 34. | | | | | Buy (add'l) | 6/2 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2  Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3  Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 6 of 9

**Name of Person Reporting**

Crabb, Barbara B.

**Date of Report**

05/13/2009

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy (add'l) | 11/3 | L | | |
| 36. | | | | | sold part | 12/10 | J | C | |
| 37. | | | | | bought add'l | 3/7 | J | | |
| 38. i shares Russell 1000 Value Index | D | Dividend | M | T | sold part | 2/1 | J | A | |
| 39. | | | | | sold part | 12/15 | J | | |
| 40. | | | | | Buy (add'l) | 4/16 | J | | |
| 41. | | | | | Buy (add'l) | 5/12 | J | | |
| 42. | | | | | Buy (add'l) | 10/21 | M | | |
| 43. | | | | | Buy (add'l) | 11/3 | L | | |
| 44. | | | | | bought add'l | 10/29 | J | | |
| 45. i shares Russell Mid Cap Value | B | Dividend | J | T | sold part | 2/1 | J | A | |
| 46. | | | | | Sold (part) | 11/3 | K | | |
| 47. | | | | | Sold (part) | 12/15 | J | | |
| 48. | | | | | bought add'l | 4/16 | J | | |
| 49. i shares Russell Mid Cap Growth | A | Dividend | L | T | sold part | 2/1 | J | A | |
| 50. | | | | | sold part | 11/3 | J | | |
| 51. | | | | | Sold (part) | 12/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q - Appraisal | R =Cost (Real Estate Only) | S - Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 4/16 | J | | |
| 53. | | | | | Buy (add'l) | 5/12 | J | | |
| 54. | | | | | Buy (add'l) | 10/21 | K | | |
| 55. Dreyfus Liquid Assets (for temp. cash) | A | Dividend | J | T | | | | | |
| 56. Western Assets Money Market (for temp. cash) | A | Dividend | K | T | | | | | |
| 57. Vanguard Growth | A | Int./Div. | M | T | Buy | 11/7 | M | | |
| 58. Citbank Bank Dep. Prog. (for temp cash) | A | Int./Div. | K | T | | | | | |
| 59. SPDR Index Fund | | None | J | T | Buy | 10/21 | L | | |
| 60. | | | | | Buy | 11/3 | J | | |
| 61. | | | | | Sold (part) | 11/3 | L | | |
| 62. | | | | | Sold (part) | 12/15 | J | | |
| 63. Barclays U.S. Agg. Bond Y | | None | J | T | Sold (part) | 12/15 | J | | |
| 64. | A | | | | Sold (part) | 12/15 | J | | |
| 65. | | | | | Buy | 11/3 | J | | |
| 66. Wells Fargo Adv. Funds (Ed Vest Acct) Y | | None | J | T | Buy | 3/4 | J | | |

1. Income Gain Codes: A = $1,000 or less · B = $1,001 - $2,500 · C = $2,501 - $5,000 · D = $5,001 - $15,000 · E = $15,001 - $50,000
(See Columns B1 and D4) · F = $50,001 - $100,000 · G = $100,001 - $1,000,000 · H1 = $1,000,001 - $5,000,000 · H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less · K = $15,001 - $50,000 · L = $50,001 - $100,000 · M = $100,001 - $250,000
(See Columns C1 and D3) · N = $250,001 - $500,000 · O = $500,001 - $1,000,000 · P1 = $1,000,001 - $5,000,000 · P2 = $5,000,001 - $25,000,000
· P3 = $25,000,001 - $50,000,000 · P4 = More than $50,000,000
3. Value Method Codes · Q = Appraisal · R = Cost (Real Estate Only) · S = Assessment · T = Cash Market
(See Column C2) · U = Book Value · V = Other · W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 05/13/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Y - Overlooked inadvertently in previous reports

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B. | 05/13/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544